**JS-6**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREVOR WINGLER; AMBER WOOD; and DANIELLE HOWARD-MARTINEZ,<br><br>Plaintiffs,<br><br>v.<br><br>CHAFFEY JOINT UNION HIGH SCHOOL DISTRICT,<br><br>Defendant. | Case No. 5:21-cv-01316-JWH-SP<br><br>**JUDGMENT** |

Pursuant to the "Order Granting Defendant's Motion to Dismiss [ECF No. 20]" filed substantially contemporaneously herewith, and in accordance with Rules 12 and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. Plaintiffs Trevor Wingler, Amber Wood, and Danielle Howard-Martinez failed to exhaust their administrative remedies with respect to the claims for relief that Plaintiffs assert against Defendant Chaffey Joint Union High School District in Plaintiffs' operative Amended Complaint [ECF No. 15].

2. Accordingly, this action is **DISMISSED**.

3. Other than potential post-judgment remedies (including those provided in Rule 54(d) of the Federal Rules of Civil Procedure), to the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: December 19, 2022

John W. Holcomb
UNITED STATES DISTRICT JUDGE